JS-6

JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GROVER C. BAYLOUS,<br><br>　　　　　Defendant | No. CV 08-6102 AHS (SHx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Grover C. Baylous, in the principal amount of $2,899.59 plus interest accrued to January 8, 2009, in the sum of $3,860.87; with interest accruing thereafter at 8.17% annually until entry of judgment, for a total amount of **$6,760.46.**

IT IS SO ORDERED.

DATED: January 20, 2009        By: **ALICEMARIE H. STOTLER**
　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE